IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNEST SAENZ, et al.,**

      **Plaintiffs,**

vs.                                                  **No. CIV-08-1176 LH/LAM**

**ATF TRUCKING, LLC and
JAMES LOVE,**

      **Defendants.**

**ORDER GRANTING THE PARTIES'** *JOINT MOTION TO SEAL REPORT OF
GUARDIAN AD LITEM AND ALL DOCUMENTS RELATING TO MOTION TO APPROVE
SETTLEMENT INVOLVING A MINOR* **(Doc. 62)**

      **THIS MATTER** is before the Court on the parties' *Joint Motion to Seal Report of Guardian Ad Litem and All Other Documents Relating to Motion to Approve Settlement Involving a Minor* (*Doc. 62*), filed on May 6, 2010.  The Court has considered the motion, the record in this case and relevant law, and finds that the motion is well-taken and should be granted.  The Court will grant the motion in order to protect the interests of the minor children in this case, J.S. and A.S.

      **IT IS HEREBY ORDERED** that the parties' *Joint Motion to Seal Report of Guardian Ad Litem and All Other Documents Relating to Motion to Approve Settlement Involving a Minor* (*Doc. 62*) is **GRANTED,** and all proceedings relating to the settlement, as it pertains to the minor children, shall be sealed and shall be accessible only by the Court, the parties to this case, and the parties' attorneys in order to protect the interests of the minor children involved in this case and shall remain sealed until further order of the Court.

      **IT IS SO ORDERED.**

                                                                          *Lourdes A. Martínez*
                                   **THE HONORABLE LOURDES A. MARTÍNEZ
                                   UNITED STATES MAGISTRATE JUDGE**