IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERNEST SAENZ, et al.,**

      **Plaintiffs,**

vs.                                                             No. CIV-08-1176 LH/LAM

**ATF TRUCKING, LLC and
JAMES LOVE,**

      **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      **THIS MATTER** is before the Court on the Magistrate Judge's sealed *Proposed Findings and Recommended Disposition* (*Doc. 76*), filed on July 13, 2010. The parties have waived their right to object to the recommended disposition pursuant to 28 U.S.C. § 636(b)(1).

      **IT IS THEREFORE ORDERED** that the Magistrate Judge's sealed *Proposed Findings and Recommended Disposition* (*Doc. 76*) is **ADOPTED** and the *Joint Motion to Approve Settlement on Behalf of Minors* (*Doc. 61*) is **GRANTED**.

      **IT IS SO ORDERED**.

                                                _____
                                              **THE HONORABLE C. LeROY HANSEN
                                              SENIOR UNITED STATES DISTRICT JUDGE**